**440**

**Lonnie SHAW, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 29, 1973.

Lonnie Shaw, pro se.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

**Charles VAN WINKLE, Appellant,**

v.

**George BURTON et al., Appellees.**

Court of Appeals of Kentucky.

June 29, 1973.

Stuart L. Lyon, David Kaplan, Kaplan, Lyon, Brady & Samuel, Louisville, for appellant.

J. Bruce Miller, Jefferson County Atty., Eugene L. Mosley, Asst. County Atty., Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**Rose Mary LIEBERT (now Reagan) et al.**

v.

**Maurice L. LIEBERT.**

Court of Appeals of Kentucky.

June 29, 1973.

S. J. Stallings, Louisville, for appellants.

Daniel B. Boone and Robb L. Smith, Louisville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Harold Wayne RAMEY, Appellant,**

v.

**Sharon Gray RAMEY, Appellee.**

Court of Appeals of Kentucky.

June 29, 1973.

Willard B. Paxton, Johnston, Eldred & Paxton, Princeton, for appellant.

James E. Story, Eddyville, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

* Opinion ordered not to be published.